**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC<br><br>            Plaintiff,<br><br>    v.<br><br>SAP AG and SAP AMERICA, INC.,<br><br>            Defendants. | Civil Action No.:  13-01456-LPS<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT SAP'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS
FOR LACK OF STANDING**

In response to plaintiff Clouding IP, LLC's ("Clouding") Opposition to Defendants' Motion to Dismiss for Lack of Standing, the Defendants SAP AG and SAP America, Inc. (collectively, "SAP") hereby additionally incorporate the reply briefs in support of the motions to dismiss that SAP has reviewed and understands will be filed concurrently with this reply brief: the reply in support of the motion of EMC Corp., EMC International US Holdings, Inc., and VMware, Inc. to dismiss for lack of standing in the related case of *Clouding IP, LLC v. EMC Corporation, EMC International U.S. Holdings, Inc. and VMware, Inc.*, C.A. No. 13-01455-LPS (the "EMC Case"); and the reply in support of the motion of Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk to dismiss for lack of standing in the related case of *Clouding IP, LLC v. Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk*, C.A. No. 12-0675-LPS (the "Rackspace Case").  SAP further understands that defendants in other cases brought by Clouding IP LLP are concurrently filing replies to respective motions to dismiss for lack of standing on similar grounds, and incorporates those reply briefs by reference as well.

| | |
|---|---|
| Dated: January 15, 2014 | **DUANE MORRIS LLP** |
| | /s/ Benjamin A. Smyth |
| Of Counsel: | Matt Neiderman (DE Bar No. 4018) |
| | Gary W. Lipkin (DE Bar No. 4044) |
| Jeffrey K. Sherwood | Benjamin A. Smyth (DE Bar No. 5528) |
| Frank C. Cimino, Jr. | 222 Delaware Avenue, 16th Floor |
| Megan S. Woodworth | Wilmington, DE 19801 |
| S. Gregory Herrman | Tel: (302) 657-4900 |
| DICKSTEIN SHAPIRO LLP | mneiderman@duanemorris.com |
| Dickstein Shapiro LLP | GWLipkin@duanemorris.com |
| 1825 Eye Street, NW | BASmyth@duanemorris.com |
| Washington, DC 20006 | |
| Tel: (202) 420-2200 | |
| SherwoodJ@dicksteinshapiro.com | *Attorneys for Defendants* |
| CiminoF@dicksteinshapiro.com | *SAP AG and SAP America, Inc.* |
| WoodworthM@dicksteinshapiro.com | |
| HerrmanG@dicksteinshapiro.com | |